

# HARRIS COUNTY JUVENILE PROBATION
## Residential Services
## Operating Procedure

| | |
|---|---|
| **Revised Date:**   11/21/2012 | **Related Standards:** |
| **Approved By:** | **TJJD:** |
| **Section:**        **Facility Wide** | **Title:**        **Use of Electronic Devices** |

## POLICY

Only HCJPD issued electronic devices shall be approved for use while on duty. Staff found in possession of prohibited electronic devices will be subject to disciplinary actions up to and including termination.

Unauthorized video/audio recordings or images found in the possession of or distributed by staff may be subject to disciplinary actions up to and including termination.

Only facility administration, shift and unit supervisors and transportation staff (including Juvenile Supervision Officers assigned transport duties) are allowed to carry a county issued radio or cell phone while on duty. Staff authorized to carry county a issued radio or cell phone may only use them for job related duties.  All cell phones worn on duty must be kept on "vibrate" mode.

Service providers housed at the facilities are encouraged to adhere to this policy.

## PROCEDURE

Staff found in possession of prohibited electronic devices while on duty will be asked to secure the equipment (off their person) pending further disciplinary action.

Prohibited Electronic Devices include:

| | |
|---|---|
| DVD Players | MP3 Players |
| Police Scanners | Video Games |
| Personal Computers | Radios (Boom Boxes) |
| Portable Televisions | Cameras |
| Cell phones | Cell Phone Accessories (cases, headsets, etc) |
| Audio/Video Recording devices | all other electronic communication devices |

Each facility will have a designated area where prohibited electronics may be stored.
**Juvenile Detention Center/Residential Assessment Unit**: Staff lockers located in the basement of the facility.
**All post facilities (Burnett Bayland Rehabilitation Center, Harris County Leadership Academy and Harris County Youth Village):** Staff's personal vehicles.

Staff who violate this policy and supervisors who do not enforce this policy, may be subject to disciplinary action up to and including termination of employment.

Reviewed 11/15/13

**HC - 0606 - Grant**