IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OTIS GRANT**<br>　　　*Plaintiff,*<br><br>V.<br><br>**HARRIS COUNTY,**<br>　　　*Defendant.* | **CIVIL ACTION NO.: 4:16-CV-3529**<br><br><br>**JURY TRIAL** |

### ORDER GRANTING HARRIS COUNTY'S OPPOSED EXPEDITED MOTION TO COMPEL DISCLOSURE UNDER RULE 26(A) AND TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES UNDER RULE 37, AND TO EXTEND CASE DEADLINES

On this day came to be considered Harris County's Opposed Expedited Motion to Compel Disclosure under Rule 26(A) and to Produce Documents and Respond to Interrogatories under Rule 37, and to Extend Case Deadlines.

The Court, having considered the facts, the law, and the argument of counsel, GRANTS the Motion to Extend Trial and Pre-Trial Deadlines for approximately three months and STAYS the current Scheduling Order, pending the issuance of a new one.

The Court further ORDERS, that within 15 days, Plaintiff Otis Grant supplement his responses and provide additional information (or admit that additional information does not exist) as to the following discovery propounded by Harris County:

| GRANT | DENY | Supplement Grant's Disclosure Witness List to included contact information and information about the subject matter of each witness's anticipated testimony. |
|---|---|---|
| GRANT | DENY | Request for Production No. 2 |

| | | |
|---|---|---|
| GRANT | DENY | Request for Production No. 3 |
| GRANT | DENY | Request for Production No. 4 |
| GRANT | DENY | Request for Production No. 5 |
| GRANT | DENY | Request for Production No. 6 |
| GRANT | DENY | Request for Production No. 7 |
| GRANT | DENY | Request for Production No. 8 |
| GRANT | DENY | Request for Production No. 9 |
| GRANT | DENY | Request for Production No. 10 |
| GRANT | DENY | Request for Production No. 11 |
| GRANT | DENY | Request for Production No. 12 |
| GRANT | DENY | Request for Production No. 13 |
| GRANT | DENY | Request for Production No. 15 |
| GRANT | DENY | Request for Production No. 16 |
| GRANT | DENY | Request for Production No. 26 |
| GRANT | DENY | Request for Production No. 27 |
| | | |

| | | |
|---|---|---|
| GRANT | DENY | Request for Production No. 28 |
| GRANT | DENY | Request for Production No. 29 |
| GRANT | DENY | Request for Production No. 30 |
| GRANT | DENY | Request for Production No. 31 |
| GRANT | DENY | Request for Production No. 32 |
| GRANT | DENY | Request for Production No. 33 |
| GRANT | DENY | Request for Production No. 34 |
| GRANT | DENY | Request for Production No. 35 |
| GRANT | DENY | Request for Production No. 36 |
| GRANT | DENY | Request for Production No. 37 |
| GRANT | DENY | Request for Production No. 38 |
| GRANT | DENY | Request for Production No. 39 |
| GRANT | DENY | Interrogatory No. 2 |
| GRANT | DENY | Interrogatory No. 6 |
| GRANT | DENY | Interrogatory No. 8 |

SIGNED, this _____ day of _____, 2017.


_____
HONORABLE KENNETH HOYT