United States District Court
Southern District of Texas
**ENTERED**
March 08, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS GRANT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3529 |
| | § | |
| HARRIS COUNTY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the plaintiff's motion for leave to file an amended complaint. (Dkt. No. 83). After having reviewed the motion, the facts, the applicable law and the arguments of counsel, the Court DENIES the plaintiff's motion for leave to file a Fourth Amended Complaint.

It is so ORDERED.

SIGNED on this 8th day of March, 2018.

_____
Kenneth M. Hoyt
United States District Judge