# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37068 | 1/22/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.009 | 11/14/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Charter Communications, Inc. formally known as Time Warner Cable c/o CSC Lawyers Inc. Human Resources 211 E. 7th Street Suite 620 Austin, TX  78701 | Mr. Seth Hopkins Harris County Attorney's Office 1019 Congress Ave., 15th Floor Houston, TX  77002 | Client Matter No.: Claim No.: Insured: D/O/L: 1/1/2011 |

AFFIDAVIT OF NO RECORDS PERTAINING TO:

Otis Grant (Personnel and Payroll)

| | | |
|---|---|---|
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Long Distance Calls | 7.00 | 21.00 |
| Production Fee | | 25.00 |
| DELIVERY | | 10.00 |

(TAXABLE  $116.00)

| **TOTAL DUE  >>>** | **$116.00** |
|---|---|
| AFTER 2/21/2018  PAY | $127.60 |

**Tax ID:** 76-0098843                                   Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   : 6564.009          BU ID          : 1-HOU
Case No.    : 4:16-CV-3529
Case Name  : Otis Grant vs. Harris County

Invoice No.  : 37068          Invoice Date  : 1/22/2018
**Total Due  : $ 116.00**
AFTER 2/21/2018  PAY  $127.60

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37068 | 1/22/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.009 | 11/14/2017 | 4:16-CV-3529 |

| **Case Name** | | |
|---|---|---|
| Otis Grant vs. Harris County | | |

| **Records Pertaining To** | | |
|---|---|---|
| Otis Grant | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes


THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   : 6564.009          BU ID          :1-HOU
Case No.    : 4:16-CV-3529
Case Name  : Otis Grant vs. Harris County

Invoice No.  : 37068          Invoice Date  :1/22/2018
**Total Due  : $ 116.00**
AFTER 2/21/2018  PAY  $127.60

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX  77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800 Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37087 | 2/5/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.011 | 12/12/2017 | 4:16-CV-3529 |

| **Case Name** | | |
|---|---|---|
| Otis Grant vs. Harris County | | |

| **Records Pertaining To** | | |
|---|---|---|
| Otis Grant | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| AT&T<br>Legal Department<br>11760 US Highway One, Fourth Floor<br>West Tower<br>North Palm Beach, FL 33408 | Mr. Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

Otis Grant (Phone Records)

| | | |
|---|---|---|
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Custodian Charges | | 275.00 |
| DELIVERY | | 10.00 |
| Disc Copy | 2.00 | 50.00 |
| (TAXABLE $395.00) | | |

| TOTAL DUE >>> | **$395.00** |
|---|---|
| AFTER 3/7/2018 PAY | $434.50 |

**Tax ID:** 76-0098843

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.011 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| Invoice No. | : 37087 | Invoice Date | : 2/5/2018 |
| **Total Due** | **: $395.00** | | |
| AFTER 3/7/2018 PAY $434.50 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37087 | 2/5/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.011 | 12/12/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

---

Records were emailed to us. Put on disc because of large volume of records.

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes


THANK YOU FOR YOUR BUSINESS!

---

**Tax ID:** 76-0098843                                   Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.     :  6564.011          BU ID          : 1-HOU

Case No.      :  4:16-CV-3529

Case Name   :  Otis Grant vs. Harris County

Invoice No.   :  37087          Invoice Date     : 2/5/2018

**Total Due**    :  **$395.00**

AFTER 3/7/2018 PAY  $434.50

---

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX  77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101851 | 11/11/2017 | 44730 |

| Job Date | Case No. | |
|---|---|---|
| 10/25/2017 | 4:16-CV-3529 | |

| Case Name | | |
|---|---|---|
| Otis Grant v. Harris County | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

---

\* ORIGINAL TRANSCRIPT (Semi-Technical Rate)

| | | | |
|---|---|---|---|
| Otis Grant | 357.00 | Pages | 1,785.00 |
| Before/After Office Hrs. | 98.00 | | 122.50 |
| Original Handling/Processing Fee | | | 15.00 |
| Production Fee | | | 95.00 |
| Color Ex. | 52.00 | Pages | 52.00 |
| Exhibit Pages | 148.00 | Pages | 81.40 |
| Spec. Exh. Processing | 4.00 | | 80.00 |
| Print Fee(O/1) | 357.00 | Pages | 35.70 |
| Witness Fee | | | 15.00 |
| Shipping & Handling | | | 25.00 |

**TOTAL DUE  >>>**                        **$2,306.60**
AFTER 12/11/2017 PAY                          $2,537.26

After Hours Charge: Additional 25% Charged ($1.25) on 98 Pages
Special Exhibit Processing: Exhibits contained 4 discs that need to be created.
Discs had large data amounts, and were time consuming to create/copy.

THANK YOU FOR YOUR BUSINESS!

Tax ID: 76-0098843                              Phone: 713-274-5280    Fax:713-755-8924

---

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX 77002

| Job No. | : 44730 | BU ID | : 1-REPT |
|---|---|---|---|
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant v. Harris County | | |

| Invoice No. | : 101851 | Invoice Date | : 11/11/2017 |
|---|---|---|---|
| **Total Due** | **: $2,296.60** | | |

Remit To:    **Southwest Reporting & Video Service, Inc.**
             **826 Heights Blvd.**
             **Houston, TX 77007**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101851 | 11/11/2017 | 44730 |

| Job Date | Case No. | |
|---|---|---|
| 10/25/2017 | 4:16-CV-3529 | |

| Case Name | | |
|---|---|---|
| Otis Grant v. Harris County | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

| | |
|---|---|
| (-) Payments/Credits: | 10.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **2,296.60** |

**Tax ID:** 76-0098843

Phone: 713-274-5280    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

| Job No. | : | 44730 | BU ID | : 1-REPT |
|---|---|---|---|---|
| Case No. | : | 4:16-CV-3529 | | |
| Case Name | : | Otis Grant v. Harris County | | |
| | | | | |
| Invoice No. | : | 101851 | Invoice Date | : 11/11/2017 |
| **Total Due** | : | **$2,296.60** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX  77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101868 | 11/11/2017 | 44729 |

| Job Date | Case No. | |
|---|---|---|
| 10/25/2017 | 4:16-CV-3529 | |

| Case Name | | |
|---|---|---|
| Otis Grant v. Harris County | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

* ORIGINAL VIDEO COST FOR THE DEPOSITION OF:

Otis Grant

| | | | |
|---|---|---|---|
| First 3 Hours/Minimum | | | 345.00 |
| Additional Video Hrs. | 7.00 | Hours | 805.00 |
| Before or After Hours | 2.50 | Hours | 71.88 |
| Media Charge | 7.00 | | 108.50 |
| MPEG (Ordering Atty) | 7.00 | Hours | 245.00 |

TOTAL DUE  >>>          **$1,575.38**

AFTER 12/11/2017  PAY          $1,732.92

2.5 Hours After Hours Billed at Additional 25%

We now accept all Major Credit Cards
Please use this link:
www.swreporting.com/payment.html

THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                    Phone: 713-274-5280    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Avenue, 15th Floor
Houston, TX  77002

Job No.        :  44729              BU ID          : 2-VIDEO
Case No.       :  4:16-CV-3529
Case Name      :  Otis Grant v. Harris County

Invoice No.    :  101868            Invoice Date    : 11/11/2017
**Total Due    :  $1,575.38**
AFTER 12/11/2017  PAY  $1,732.92

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **Southwest Reporting & Video Service, Inc.**
             **826 Heights Blvd.**
             **Houston, TX  77007**

# INVOICE



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218744 | 11/7/2017 | 80415 |

| Job Date | Case No. | |
|---|---|---|
| 10/20/2017 | 4:16-CV-03529 | |

| Case Name | | |
|---|---|---|
| Otis Grant vs Harris County | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Anthony Samuel | 299.00 | Pages | @ | 1.50 | 448.50 |
| Exhibit | 36.00 | Pages | @ | 0.25 | 9.00 |
| Binding | | | | 13.00 | 13.00 |
| Tabs | 18.00 | | @ | 0.38 | 6.84 |
| Condensed Transcript | | | | 12.00 | 12.00 |
| E-Transcript | | | | 18.00 | 18.00 |
| UPS | | | | 10.11 | 10.11 |

**TOTAL DUE  >>>**                     **$517.45**

Thank you. We appreciate your business.

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

Job No.        :  80415            BU ID          : Hou-Dep
Case No.      :  4:16-CV-03529
Case Name   :  Otis Grant vs Harris County

Invoice No.   :  218744        Invoice Date    : 11/7/2017
**Total Due    :  $517.45**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Nell McCallum & Associates, Inc.**
              **2615 Calder Avenue, Suite 111**
              **Beaumont TX  77702**

# INVOICE



**2615 Calder, Suite 111**
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

**718 Westcott Street**
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218866 | 11/16/2017 | 80524 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2017 | 4:16-CV-03529 | |

| Case Name | | |
|---|---|---|
| Otis Grant vs Harris County | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Aaron Beasley | 155.00 | Pages | @ | 1.50 | 232.50 |
| Exhibit | 9.00 | Pages | @ | 0.25 | 2.25 |
| Binding | | | | 13.00 | 13.00 |
| Tabs | 7.00 | | @ | 0.38 | 2.66 |
| Condensed Transcript | | | | 12.00 | 12.00 |
| E-Transcript | | | | 18.00 | 18.00 |
| UPS | | | | 10.11 | 10.11 |

**TOTAL DUE  >>>**          **$290.52**

Thank you. We appreciate your business.

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

| | | | |
|---|---|---|---|
| Job No. | : 80524 | BU ID | : Hou-Dep |
| Case No. | : 4:16-CV-03529 | | |
| Case Name | : Otis Grant vs Harris County | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 218866 | Invoice Date | : 11/16/2017 |
| **Total Due** | : **$290.52** | | |

Remit To:   **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX  77702**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218910 | 11/21/2017 | 80416 |
| **Job Date** | **Case No.** | |
| 10/26/2017 | 4:16-CV-03529 | |
| **Case Name** | | |
| Otis Grant vs Harris County | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

| 1 COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Melissa Watson | 205.00 | Pages | @ | 1.50 | 307.50 |
| Exhibit | 5.00 | Pages | @ | 0.25 | 1.25 |
| Binding | | | | 13.00 | 13.00 |
| Tabs | 3.00 | | @ | 0.38 | 1.14 |
| Condensed Transcript | | | | 12.00 | 12.00 |
| E-Transcript | | | | 18.00 | 18.00 |
| UPS | | | | 10.11 | 10.11 |
| | | | | **TOTAL DUE  >>>** | **$363.00** |

Thank you. We appreciate your business.

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

| Job No. | : 80416 | BU ID | : Hou-Dep |
|---|---|---|---|
| Case No. | : 4:16-CV-03529 | | |
| Case Name | : Otis Grant vs Harris County | | |
| | | | |
| Invoice No. | : 218910 | Invoice Date | : 11/21/2017 |
| **Total Due** | **: $363.00** | | |

Remit To:  **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX  77702**

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

# **INVOICE**



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219368 | 1/10/2018 | 81208 |
| **Job Date** | **Case No.** | |
| 12/14/2017 | 4:16-CV-03529 | |
| **Case Name** | | |
| Otis Grant vs Harris County | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Giselle Jones-Robinson | 148.00 | Pages @ | 1.50 | 222.00 |
| Exhibit | 5.00 | Pages @ | 0.25 | 1.25 |
| Binding | | | 13.00 | 13.00 |
| Tabs | 4.00 | @ | 0.38 | 1.52 |
| Condensed Transcript | | | 12.00 | 12.00 |
| E-Transcript | | | 18.00 | 18.00 |
| UPS | | | 10.11 | 10.11 |
| | | **TOTAL DUE >>>** | | **$277.88** |

Thank you. We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **277.88** |

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

| | | | | |
|---|---|---|---|---|
| Job No. | : 81208 | BU ID | : Hou-Dep | |
| Case No. | : 4:16-CV-03529 | | | |
| Case Name | : Otis Grant vs Harris County | | | |
| | | | | |
| Invoice No. | : 219368 | Invoice Date | : 1/10/2018 | |
| **Total Due** | **: $277.88** | | | |

Remit To:  **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX  77702**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:



**NELL McCALLUM**

2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 218717 | 11/2/2017 | 80413 |
| **Job Date** | **Case No.** | |
| 10/19/2017 | 4:16-CV-03529 | |
| **Case Name** | | |
| Otis Grant vs Harris County | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

1 COPY OF TRANSCRIPT OF:
   Matthew Shelton, Ph.D.

                            299.90

**TOTAL DUE >>>**      **$299.90**

Thank you. We appreciate your business.

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

Job No.   : 80413      BU ID   : Hou-Dep
Case No.  : 4:16-CV-03529
Case Name : Otis Grant vs Harris County

Invoice No. : 218717     Invoice Date : 11/2/2017
**Total Due : $ 299.90**

Remit To: **Nell McCallum & Associates, Inc.**
        **2615 Calder Avenue, Suite 111**
        **Beaumont TX 77702**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**NELL McCALLUM**

2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219383 | 1/12/2018 | 81209 |

| Job Date | Case No. |
|---|---|
| 12/14/2017 | 4:16-CV-03529 |

| Case Name |
|---|
| Otis Grant vs Harris County |

| Payment Terms |
|---|
| Due upon receipt |

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Thomas Brooks | | | | |
| 84.00 Pages | @ | 1.50 | 126.00 |
| Exhibit | 9.00 Pages | @ | 0.25 | 2.25 |
| Binding | | | 13.00 | 13.00 |
| Tabs | 6.00 | @ | 0.38 | 2.28 |
| Condensed Transcript | | | 12.00 | 12.00 |
| E-Transcript | | | 18.00 | 18.00 |
| UPS | | | 10.11 | 10.11 |

**TOTAL DUE >>>** **$183.64**

Thank you. We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 183.64 |

**Tax ID:** 76-0069825

---

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

Job No. : 81209   BU ID : Hou-Dep
Case No. : 4:16-CV-03529
Case Name : Otis Grant vs Harris County

Invoice No. : 219383   Invoice Date : 1/12/2018
**Total Due : $ 183.64**

Remit To: **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX 77702**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE



**NELL McCALLUM**

2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219419 | 1/19/2018 | 81304 |
| **Job Date** | **Case No.** | |
| 12/29/2017 | 4:16-CV-03529 | |
| **Case Name** | | |
| Otis Grant vs Harris County | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

| 1 COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Erika Owens | 199.00 | Pages | @ | 1.50 | 298.50 |
| Exhibit | 38.00 | Pages | @ | 0.25 | 9.50 |
| Binding | | | | 13.00 | 13.00 |
| Tabs | 9.00 | | @ | 0.38 | 3.42 |
| Condensed Transcript | | | | 12.00 | 12.00 |
| E-Transcript | | | | 18.00 | 18.00 |
| UPS | | | | 10.11 | 10.11 |

**TOTAL DUE >>>**  **$364.53**

Thank you. We appreciate your business.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 364.53 |

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX 77002

Job No.    : 81304          BU ID        : Hou-Dep
Case No.   : 4:16-CV-03529
Case Name  : Otis Grant vs Harris County

Invoice No. : 219419        Invoice Date : 1/19/2018
**Total Due : $ 364.53**

**Remit To: Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX 77702**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



**NM**
NELL McCALLUM

2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0333 * F: 409.832.4501

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 219393 | 1/15/2018 | 81210 |
| **Job Date** | **Case No.** | |
| 12/15/2017 | 4:16-CV-03529 | |
| **Case Name** | | |
| Otis Grant vs Harris County | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Bianca Malveaux | 143.00 Pages | @ | 1.50 | 214.50 |
| Exhibit | 12.00 Pages | @ | 0.25 | 3.00 |
| Binding | | | 13.00 | 13.00 |
| Tabs | 4.00 | @ | 0.38 | 1.52 |
| Condensed Transcript | | | 12.00 | 12.00 |
| E-Transcript | | | 18.00 | 18.00 |
| UPS | | | 10.11 | 10.11 |

TOTAL DUE >>>       **$272.13**

Thank you. We appreciate your business.

(-) Payments/Credits:       0.00
(+) Finance Charges/Debits:       0.00
(=) New Balance:       **272.13**

**Tax ID:** 76-0069825

*Please detach bottom portion and return with payment.*

Seth  Hopkins
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston TX  77002

Job No.       :  81210       BU ID       : Hou-Dep
Case No.       :  4:16-CV-03529
Case Name   :  Otis Grant vs Harris County

Invoice No.  :  219393       Invoice Date : 1/15/2018
**Total Due**  :  **$ 272.13**

Remit To: **Nell McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont TX  77702**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800  Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36916 | 11/3/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.004 | 10/17/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Home Depot of Texas, Inc., by and through its registered agent, Corporation Service Co. DBA CSC<br><br>211 E. 7th St., Suite 620<br>Austin, TX 78701 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel and Payroll) | 15.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Custodian Charges | | 43.75 |
| Page Rate | 15.00  Pages | 8.25 |
| POSTAGE AND HANDLING | | 6.77 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $145.52) | | |

**TOTAL DUE  >>>**                          **$153.77**
AFTER 12/3/2017  PAY                 $169.15

**Tax ID:** 76-0098843                                          Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.    : 6564.004          BU ID          :1-HOU
Case No.      : 4:16-CV-3529
Case Name  : Otis Grant vs. Harris County

Invoice No.  : 36916          Invoice Date  :11/3/2017
**Total Due  : $ 153.77**
AFTER 12/3/2017  PAY  $169.15

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Southwest Reporting & Video Service, Inc.**
                **826 Heights Blvd.**
                **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36916 | 11/3/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.004 | 10/17/2017 | 4:16-CV-3529 |

| Case Name | | |
|---|---|---|
| Otis Grant vs. Harris County | | |

| Records Pertaining To | | |
|---|---|---|
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

    * Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes


THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   :  6564.004          BU ID       :1-HOU
Case No.    :  4:16-CV-3529
Case Name  :  Otis Grant vs. Harris County

Invoice No.  :  36916          Invoice Date  :11/3/2017
**Total Due  :  $ 153.77**
AFTER 12/3/2017  PAY  $169.15

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Southwest Reporting & Video Service, Inc.**
          **826 Heights Blvd.**
          **Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36918 | 11/6/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.005 | 10/17/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| The Center for Success and Independence | Seth Hopkins | Client Matter No.: |
| | Harris County Attorney's Office | Claim No.: |
| 3722 Pinemont Dr. | 1019 Congress Ave., 15th Floor | Insured: |
| Houston, TX 77018 | Houston, TX 77002 | D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel and Payroll) | 32.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 32.00  Pages | 17.60 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $112.60) | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$112.60** |
| AFTER 12/6/2017  PAY | $123.86 |

**Tax ID:** 76-0098843                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| | | | | |
|---|---|---|---|---|
| Order No. | : 6564.005 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| Invoice No. | : 36918 | Invoice Date | : 11/6/2017 |
| **Total Due** | **: $112.60** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36918 | 11/6/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.005 | 10/17/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

---

* Custodian Provided Paper Record

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **112.60** |

**Tax ID:** 76-0098843

Phone: 713-755-5101    Fax:713-755-8924

---

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.005 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| | | | |
| Invoice No. | : 36918 | Invoice Date | : 11/6/2017 |
| **Total Due** | : **$112.60** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Southwest Reporting & Video Service, Inc.**
            **826 Heights Blvd.**
            **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36942 | 11/13/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.001 | 10/11/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| David Braunreiter, MD/Houston Methodist Orthopedics & Sports Medicine<br><br>6560 Fannin #520<br>Houston, TX 77030 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Medical) | 144.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Custodian Charges | | 118.00 |
| Page Rate | 144.00  Pages | 79.20 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| Subpoena Service | | 40.00 |
| (TAXABLE  $332.20) | | |

TOTAL DUE  >>>          **$332.20**
AFTER 12/13/2017  PAY          $365.42

**Tax ID:** 76-0098843                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.001 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| Invoice No. | : 36942 | Invoice Date | : 11/13/2017 |
| **Total Due** | **: $332.20** | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
          **826 Heights Blvd.**
          **Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36942 | 11/13/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.001 | 10/11/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **332.20** |

**Tax ID:** 76-0098843

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.001 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| | | | |
| Invoice No. | : 36942 | Invoice Date | : 11/13/2017 |
| **Total Due** | : **$332.20** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36964 | 12/5/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.007 | 11/14/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Intracare Hospital<br>Personnel & Payroll<br>1120 Cypress Station Drive<br>Houston, TX  77090 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel and Payroll) | 51.00 | |
| Base Fee Work Completed | | 60.00 |
| Custodian Charges | | 50.00 |
| Page Rate | 51.00  Pages | 28.05 |
| POSTAGE AND HANDLING | | 6.77 |
| Production Fee | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $179.82) | | |

|  | |
|---|---|
| **TOTAL DUE  >>>** | **$179.82** |
| AFTER 1/4/2018  PAY | $197.80 |

**Tax ID:** 76-0098843                                      Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   : 6564.007          BU ID          : 1-HOU
Case No.    : 4:16-CV-3529
Case Name  : Otis Grant vs. Harris County

Invoice No.  : 36964          Invoice Date : 12/5/2017
**Total Due  :  $ 179.82**
AFTER 1/4/2018  PAY  $197.80

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:              Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Southwest Reporting & Video Service, Inc.**
          **826 Heights Blvd.**
          **Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36964 | 12/5/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.007 | 11/14/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes


THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                         Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   :  6564.007          BU ID          : 1-HOU
Case No.    :  4:16-CV-3529
Case Name  :  Otis Grant vs. Harris County

Invoice No.  :  36964          Invoice Date  : 12/5/2017
**Total Due  :  $ 179.82**
AFTER 1/4/2018 PAY  $197.80

Remit To:  **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX  77007**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36973 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.002 | 10/11/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| David Braunreiter, MD/Houston Methodist Orthopedics & Sports Medicine Patient Accounts 14015 Park Drive, Suite 100 Tomball, TX 77377 | Seth Hopkins Harris County Attorney's Office 1019 Congress Ave., 15th Floor Houston, TX 77002 | Client Matter No.: Claim No.: Insured: D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Billing) | 6.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Custodian Charges | | 48.00 |
| Page Rate | 6.00  Pages | 3.30 |
| POSTAGE AND HANDLING | | 6.77 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $153.07) | | |

**TOTAL DUE  >>>**                           **$153.07**
AFTER 1/17/2018  PAY                      $168.38

**Tax ID:** 76-0098843                              Phone: 713-755-5101   Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.   :  6564.002          BU ID        : 1-HOU
Case No.    :  4:16-CV-3529
Case Name  :  Otis Grant vs. Harris County

Invoice No.  :  36973         Invoice Date  : 12/18/2017
**Total Due  :  $ 153.07**

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                          Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To:  **Southwest Reporting & Video Service, Inc.**
                **826 Heights Blvd.**
                **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36973 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.002 | 10/11/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **153.07** |

**Tax ID:** 76-0098843                                      Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

Order No.   :  6564.002          BU ID          : 1-HOU
Case No.    :  4:16-CV-3529
Case Name  :  Otis Grant vs. Harris County

Invoice No.  :  36973          Invoice Date  : 12/18/2017
**Total Due  :  $ 153.07**

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                           Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36990 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.003 | 10/17/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| **Records Pertaining To** |
|---|
| Otis Grant |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Houston Independent School District<br>Human Resources<br>4400 W. 18th St.<br>Houston, TX 77092 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel) | | 0.00 |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 28.00  Pages | 15.40 |
| Notary Pickup ** | | 40.00 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $150.40) | | |

| TOTAL DUE  >>> | **$150.40** |
|---|---|
| AFTER 1/17/2018  PAY | $165.44 |

**Tax ID:** 76-0098843

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Order No. | : 6564.003 | BU ID | : 1-HOU |
|---|---|---|---|
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |

| Invoice No. | : 36990 | Invoice Date | : 12/18/2017 |
|---|---|---|---|
| **Total Due** | : **$150.40** | | |
| AFTER 1/17/2018  PAY  $165.44 | | | |

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36990 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.003 | 10/17/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

* Custodian Provided Paper Records
** No Notary at Location-Sent Notary for Pickup

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.    :  6564.003           BU ID        : 1-HOU
Case No.     :  4:16-CV-3529
Case Name   :  Otis Grant vs. Harris County

Invoice No.   :  36990           Invoice Date    : 12/18/2017
**Total Due** :  **$150.40**
AFTER 1/17/2018  PAY  $165.44

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
             **826 Heights Blvd.**
             **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36992 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.006 | 10/17/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records Pertaining To |
|---|
| Otis Grant |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Houston Independent School District<br>Human Resources<br>4400 W. 18th St.<br>Houston, TX 77092 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Payroll) | 42.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 42.00  Pages | 23.10 |
| Notary Pickup ** | | 6.00 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| (TAXABLE  $124.10) | | |

| TOTAL DUE  >>> | **$124.10** |
|---|---|
| AFTER 1/17/2018  PAY | $136.51 |

**Tax ID:** 76-0098843                                           Phone: 713-755-5101     Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.    :  6564.006          BU ID        : 1-HOU
Case No.     :  4:16-CV-3529
Case Name   :  Otis Grant vs. Harris County

Invoice No.   :  36992          Invoice Date    : 12/18/2017
**Total Due**    :  **$124.10**
AFTER 1/17/2018  PAY  $136.51

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
             **826 Heights Blvd.**
             **Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 36992 | 12/18/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.006 | 10/17/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

* Custodian Provided Paper Records
** No Notary at Location-Sent Notary for Pickup

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                              Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.       :  6564.006          BU ID          : 1-HOU
Case No.        :  4:16-CV-3529
Case Name    :  Otis Grant vs. Harris County

Invoice No.    :  36992              Invoice Date    : 12/18/2017
**Total Due    :  $124.10**
AFTER 1/17/2018  PAY  $136.51

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Southwest Reporting & Video Service, Inc.**
            **826 Heights Blvd.**
            **Houston, TX  77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800  Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37006 | 12/20/2017 | Net 30 |

| Order No. | Order Date | Case No. |
|---|---|---|
| 6564.008 | 11/14/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Fort Bend I.S.D.<br>Personnel & Payroll<br>16431 Lexington Blvd.<br>Sugar Land, TX 77479 | Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel and Payroll) | 40.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 40.00  Pages | 22.00 |
| Subpoena Service | | 40.00 |
| Witness Fee | | 40.00 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |
| **TOTAL DUE  >>>** | | **$197.00** |
| AFTER 1/19/2018  PAY | | $216.70 |

**Tax ID:** 76-0098843                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.     :  6564.008          BU ID        : 1-HOU
Case No.      :  4:16-CV-3529
Case Name   :  Otis Grant vs. Harris County

Invoice No.   :  37006          Invoice Date    : 12/20/2017
**Total Due    :  $197.00**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **Southwest Reporting & Video Service, Inc.**
            **826 Heights Blvd.**
            **Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800    Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37006 | 12/20/2017 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.008 | 11/14/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

\* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **197.00** |

**Tax ID:** 76-0098843

Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.008 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |
| Invoice No. | : 37006 | Invoice Date | : 12/20/2017 |
| **Total Due** | **: $197.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX  77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37057 | 1/12/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.012 | 12/29/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Helfman Dodge<br>Personnel & Payroll<br>7720 Katy Freeway @ Silber Road<br>Houston, TX  77024 | Mr. Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX  77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Personnel and Payroll) | 42.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 42.00  Pages | 23.10 |
| Production Fee * | | 25.00 |
| DELIVERY | | 10.00 |

**TOTAL DUE  >>>**       **$118.10**

AFTER 2/11/2018  PAY       $129.91

**Tax ID:** 76-0098843                  Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX  77002

| | | | |
|---|---|---|---|
| Order No. | : 6564.012 | BU ID | : 1-HOU |
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 37057 | Invoice Date | : 1/12/2018 |

**Total Due**  **: $118.10**

AFTER 2/11/2018  PAY  $129.91

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37057 | 1/12/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.012 | 12/29/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                             Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Order No. | : 6564.012 | BU ID | : 1-HOU |
|---|---|---|---|
| Case No. | : 4:16-CV-3529 | | |
| Case Name | : Otis Grant vs. Harris County | | |

| Invoice No. | : 37057 | Invoice Date | : 1/12/2018 |
|---|---|---|---|

**Total Due   : $118.10**
AFTER 2/11/2018  PAY  $129.91

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX 77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800 Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37064 | 1/18/2018 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 6564.010 | 12/12/2017 | 4:16-CV-3529 |
| **Case Name** | | |
| Otis Grant vs. Harris County | | |
| **Records Pertaining To** | | |
| Otis Grant | | |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Aetna Health, Inc. c/o CT Corporation System<br>Insurance<br>1999 Bryan Street, Suite 900<br>Dallas, TX 75201 | Mr. Seth Hopkins<br>Harris County Attorney's Office<br>1019 Congress Ave., 15th Floor<br>Houston, TX 77002 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: 1/1/2011 |

ORIGINAL DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

| | | |
|---|---|---|
| Otis Grant (Insurance) | 46.00 | |
| Base Fee Work Completed (See Next Page for Details) | | 60.00 |
| Page Rate | 46.00 Pages | 25.30 |
| POSTAGE AND HANDLING | | 6.77 |
| Production Fee | | 25.00 |
| Delivery and Handling | | 10.00 |
| (TAXABLE $127.07) | | |

**TOTAL DUE >>>** **$127.07**
AFTER 2/17/2018 PAY $139.78

**Tax ID:** 76-0098843                    Phone: 713-755-5101    Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.     : 6564.010          BU ID        : 1-HOU
Case No.      : 4:16-CV-3529
Case Name     : Otis Grant vs. Harris County

Invoice No.   : 37064          Invoice Date    : 1/18/2018
**Total Due   : $127.07**
AFTER 2/17/2018 PAY $139.78

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX 77007**

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX 77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 37064 | 1/18/2018 | Net 30 |

| Order No. | Order Date | Case No. |
|---|---|---|
| 6564.010 | 12/12/2017 | 4:16-CV-3529 |

| Case Name |
|---|
| Otis Grant vs. Harris County |

| Records Pertaining To |
|---|
| Otis Grant |

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

* Custodian Provided Paper Records

Base Fee includes the following:
Verify location by phone/email and/or internet
Call to verify custodian or third party
Database input- Original Deposition
Generate and print forms/Quality Control
Issue Notice of Intention/E-Filing/Fax, email or hand serve custodians/Follow-up calls/emails/faxes

THANK YOU FOR YOUR BUSINESS!

**Tax ID:** 76-0098843                                   Phone: 713-755-5101     Fax:713-755-8924

*Please detach bottom portion and return with payment.*

Mr. Seth Hopkins
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002

Order No.      :  6564.010          BU ID        : 1-HOU
Case No.       :  4:16-CV-3529
Case Name   :  Otis Grant vs. Harris County

Invoice No.   :  37064              Invoice Date    : 1/18/2018
**Total Due    :  $127.07**
AFTER 2/17/2018  PAY  $139.78

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Southwest Reporting & Video Service, Inc.**
            **826 Heights Blvd.**
            **Houston, TX 77007**