United States District Court
Southern District of Texas
**ENTERED**
April 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS GRANT, | § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3529 |
| HARRIS COUNTY, | § § § | |
| Defendant. | § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER

On this day came to be considered the plaintiff, Otis Grant's motion to reconsider denying its motion for sanctions. (Dkt. No. 101).

The Court, having considered the facts, the law, and the argument of counsel, DENIES the plaintiff's Motion to Reconsider Denying its Motion for Sanctions.

It is so ORDERED.

SIGNED on this 10th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge