United States District Court
Southern District of Texas
**ENTERED**
May 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS GRANT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-3529 |
| | § | |
| HARRIS COUNTY, | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING PLAINTIFF'S
### MOTION TO AMEND FINAL JUDGMENT

On this day came to be considered the plaintiff, Otis Grant's motion to amend final judgment (Dkt. No. 105).

The Court, having considered the facts, the law, and the argument of counsel, DENIES the plaintiff's motion to amend final judgment.

It is so ORDERED.

SIGNED on this 3rd day of May, 2018.

Kenneth M. Hoyt
United States District Judge